UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-00085-SK<br><br>**ORDER SETTING HEARING ON PENDING MOTIONS**<br><br>Regarding Docket Nos. 23, 24, 27 |

　　　　This case was transferred from the United States District Court for the District of Colorado. Before this case was transferred, Plaintiff Bob Lewis filed a motion for a temporary restraining order and preliminary injunction and a motion for expedited discovery, and Defendants Google Inc and YouTube, LLC filed a motion to dismiss Plaintiff's second amended complaint ("SAC"). The court denied Plaintiff's motion for a temporary restraining order, but the preliminary injunction portion of Plaintiff's motion, Plaintiff's motion for expedited discovery, and Defendants' motion to dismiss Plaintiff's SAC remain pending.

　　　　The motion to dismiss has been fully briefed. Plaintiff has not filed a reply in support of his motion for a preliminary injunction. Plaintiff may file a reply, if any, by no later than January 24, 2020. Defendants have not yet responded to Plaintiff's motion for expedited discovery. Defendants shall file their opposition or statement of non-opposition by no later than January 31, 2020. Plaintiff shall file his reply, if any, in support of his motion for expedited discovery by no

///

///

///

///

1   later than February 7, 2020.  The Court HEREBY SETS these motions to be heard on February

2   24, 2020 at 9:30 a.m.

3       **IT IS SO ORDERED**.

4   Dated: January 17, 2020



SALLIE KIM
United States Magistrate Judge