UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB LEWIS,

        Plaintiff,

    v.

GOOGLE LLC, et al.,

        Defendants.

Case No. 20-cv-00085-SK

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the pending motions (Plaintiff's motion for a temporary restraining order and preliminary injunction and motion for expedited discovery and Defendants' motion to dismiss) which are set to be heard on Monday, February 24, 2020 at 9:30 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

Additionally, the Court notes that Plaintiff's counsel's California bar membership is currently inactive. If Plaintiff's counsel intends to continue to represent Plaintiff in this matter, he must either reactive his California Bar membership or apply to appear *pro hac vice* by no later than February 19, 2020. If Plaintiff's counsel fails to do so, he shall show cause by February 19, 2020, why his representation of Plaintiff should not be terminated.

**IT IS SO ORDERED**.

Dated: February 12, 2020

_____
SALLIE KIM
United States Magistrate Judge