UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB LEWIS,<br>　　　　Plaintiff,<br>　v.<br>GOOGLE LLC, et al.,<br>　　　　Defendants. | Case No. 20-cv-00085-SK<br><br>**ORDER TO SHOW CAUSE** |

On February 12, 2020, the Court noted that Plaintiff's counsel's California bar membership was currently inactive. A lawyer, to be admitted to practice in the Northern District of California, must have active status. The Court ordered Plaintiff's counsel to reactivate his California Bar membership or apply to appear *pro hac vice* in the Northern District of California by no later than February 19, 2020, in order to continue to appear in this matter. If he failed to do so, the Court further ordered Plaintiff's counsel show cause by February 19, 2020, why his representation of Plaintiff should not be terminated.

On February 18, 2020, Plaintiff's counsel filed a notice stating that he provided the required documents to the California State Bar to reactivate his Bar membership. However, he does not state that he is *currently* active or that he is *currently* admitted to practice law in the United States District Court for the Northern District of California. Unless and until Plaintiff's counsel has an active California Bar membership and is admitted to practice law in *this* District or Plaintiff applies to appear *pro hac vice*, he cannot represent Plaintiff. It does not appear as though

///

///

///

///

Plaintiff's counsel has done either. Therefore, the Court HEREBY ORDERS Plaintiff's counsel to Show Cause by February 25, 2020, why his representation of Plaintiff should not be terminated.

**IT IS SO ORDERED**.

Dated: February 20, 2020

_____
SALLIE KIM
United States Magistrate Judge