| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 21 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BOB LEWIS,

      Plaintiff-Appellant,

 v.

GOOGLE LLC, A Delaware Corporation; YOUTUBE, LLC, A Delaware Limited Liability Company,

      Defendants-Appellees.

No.   20-16073

D.C. No. 3:20-cv-00085-SK
Northern District of California,
San Francisco

ORDER

The panel is of the unanimous opinion that the facts and legal arguments in this case are adequately presented in the briefs and record, and that the decisional process would not be significantly aided by oral argument. Pursuant to Fed. R. App. P. 34(a)(2), it is therefore ordered that the case be submitted on the briefs, without oral argument, on February 5, 2021, in San Francisco, California.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7